# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TIMOTHY DAVIS**  **PLAINTIFF**
**ADC # 133384**

v.                     No. 5:12-cv-421-DPM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                **DEFENDANT**

## JUDGMENT

Davis's petition for writ of habeas corpus is dismissed with prejudice.

A certificate of appealability will not issue.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2013